**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN  4 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01002-DME-CBS

DIANA C. CLEMENS,

   Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE ARMY,

   Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: __May 31, 2007__

BY THE COURT:

s/ David M. Ebel

_____
UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01002-DME-CBS

Diana C. Clemens
PO Box 17672
Colorado Springs, CO 80935

Chief, Litigation Division -**CERTIFIED**
Attn: Col. Uldric Fiore, Jr.
HQDA (DAJA-LT)
901 N. Stuart St., Room 400
Arlington, VA 22203-1837

United States Attorney General -**CERTIFIED**
Room 5111, Main Justice Bldg
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms for process of service on U.S. Department of the Army; to The United States Attorney General; to the United States Attorney's Office: TITLE VII COMPLAINT FILED 05/14/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6-4-07.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk