IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01002-DME-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 4, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| DIANA C. CLEMENS, | *Pro se* |
| **Plaintiff,** | |
| v. | |
| UNITED STATES DEPARTMENT OF THE ARMY, | Marc A. Bonora |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

Defendant's first discovery requests to plaintiff are hereby considered withdrawn, and defendant may serve a second set of discovery requests on plaintiff consistent with the discussion on the record.

**ORDERED:** Defendant's Motion to Compel Discovery [filed November 28, 2007; doc. 29] is denied for the reasons stated on the record.

**ORDERED:** The Unopposed Motion for Extension of Discovery Cut-Off and Dispositive Motion Deadline [filed November 28, 2007; doc. 30] is granted. The discovery deadline is extended to April 30, 2008; and the dispositive motion deadline is extended to May 30, 2008.

**FINAL PRETRIAL CONFERENCE** is **vacated and reset for September 30, 2008 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Court goes off the record to discuss settlement: 10:24 a.m.**

HEARING CONCLUDED.

**Court in Recess:** 10:39 a.m.     Total In-Court Time: 00:39