IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01002-DME-CBS

DIANA C. CLEMENS,
    Plaintiff,
v.

UNITED STATES DEPARTMENT OF THE ARMY,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action came before the court on December 4, 2007 for a hearing on Ms. Clemens' request for a 60-day delay in responding to Defendant's discovery requests (*see* doc. # 24). Pursuant to the Order of Reference dated May 31, 2007 (doc. # 6), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." At the hearing, the court also addressed Ms. Clemens' "Inquiry on Waiting List for Counsel" (filed November 30, 2007) (doc. # 33).

While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Ms. Clemens by placing this case on the list of cases for which counsel may choose to volunteer.

1

Accordingly, the court directs that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer. Ms. Clemens is reminded that this Order does not guarantee that a lawyer will volunteer to represent her. Ms. Clemens must continue to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 4th day of December, 2007.

BY THE COURT:


　　s/Craig B. Shaffer
United States Magistrate Judge