IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01002-DME-CBS

DIANA C. CLEMENS,

Plaintiff,

v.

PETE GEREN, Secretary of the Army,

Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Case Caption (*doc. no. 36*) is **GRANTED**. The caption in this matter is modified to reflect that the United States Department of the Army is replaced by 'Pete Geren, Secretary of the Army' as the sole defendant in this matter.

**DATED:**      December 10, 2007