# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| Civil Action No.: 07-cv-01002-DME-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date:  May 23, 2008 | Courtroom Deputy: Ben Van Dyke |

| DIANA C. CLEMENS, | David H. Stacy |
|---|---|
| | Harold E. Miller, via telephone |
| **Plaintiff,** | |
| v. | |
| PETE GEREN, Secretary of the Army, | Marc A. Bonora |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 1:05 p.m.
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** **The Joint Motion by Plaintiff and Defendant for Entry of Stipulated Protective Order [filed April 29, 2008; doc. 46] is granted.**

**ORDERED:** **The Motion for Settlement Conference [filed April 28, 2008; doc. 45] is denied without prejudice for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in recess:** 1:27 p.m.
Total time in court:  00:22