IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01002-DME-CBS

DIANA C. CLEMENS,

      Plaintiff,

v.

PETE GEREN, Secretary of the Army,

      Defendant.

---

## PROTECTIVE ORDER

---

Plaintiff's discovery requests to Defendant seek the production of information and records about non-party current and former employees of the United States Department of the Army. Because producing the information and documents requested may require the disclosure of information encompassed by the Privacy Act of 1974, 5 U.S.C. § 552a, Defendant objects to the disclosure of the requested information and records unless the disclosure is authorized pursuant to a Protective Order.

Thus, pursuant to 5 U.S.C. § 552a(b)(11), and Fed. R. Civ. P. 26(c), IT IS HEREBY ORDERED:

1. Defendant is authorized to release information and documents responsive to Plaintiff's discovery requests to Defendant, including information and documents retrieved from systems of records indexed under the names or other identifying numbers or symbols of non-party current and former employees of the United States Army, Fort Carson, and the Evans Army Community Hospital at Fort Carson.

2. Plaintiff shall not further disclose the records, or the information contained therein, to anyone except persons employed or utilized by Plaintiff, if any, to assist in this litigation. Plaintiff shall require all persons having access to any disclosed records to sign a document indicating that they have read and agree to be bound by the terms of this Protective Order, and that they shall not make further disclosure of the records or information contained therein.

3. Plaintiff and all other persons provided access to the records shall not use the records or the information contained therein, for any purpose other than this pending litigation. At the conclusion of this litigation, all copies of the records shall be returned to the attorney for Defendant.

4. Defendant shall designate all documents protected by this Order as "confidential," and all documents so designated shall be deemed to fall within the scope of this Order.

DATED: March 23 , 2008.

BY THE COURT:

United States Magistrate Judge