IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01002-DME-CBS

DIANA C. CLEMENS,

    Plaintiff,

v.

PETE GEREN, Secretary of the Army,

Defendant.

## ORDER

    Upon Defendant's Motion to Increase Page Limit of Motion for Summary Judgment, and finding good cause therefore,

    IT IS ORDERED that Defendant's motion is GRANTED, and it is FURTHER ORDERED that Defendant's Motion for Summary Judgment shall not exceed 30 pages in length.

    Dated:     July 1    , 2008.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U.S. Circuit Court Judge